# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 26, 2026

Lyle W. Cayce
Clerk

No. 25-50668
Summary Calendar

───────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Reginal Ray Griffin,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:20-CR-248-1

───────────────────────────────

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Reginal Ray Griffin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Griffin has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with

───────────────────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-50668

counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.